AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 16- MJ-55 |
| | ) | |
| Udraka Roberts-Bey | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 21, 2016   in the county of   East Baton Rouge   in the
  Middle   District of   Louisiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) | Sex trafficking of a minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Taneka H. Blacknell, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   06/24/2016

*Judge's signature*

City and state:   Baton Rouge, Louisiana   Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF TANEKA H. BLACKNELL

I, Taneka H. Blacknell, being duly sworn, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation, U.S. Department of Justice, and, as such, am empowered to enforce Title 18 of the United States Code and other criminal laws of the United States, and to make arrests and obtain and execute search, seizure, and arrest warrants. I am currently assigned to the FBI's Baton Rouge Resident Office. I have been employed by the Federal Bureau of Investigation (FBI) for approximately 12 years and have responsibility for conducting investigations into, inter alia, allegations of human-trafficking in violation of Chapter 77 under Title 18 of the United States Code. During the course of my employment with the FBI, I have participated in several human-trafficking investigations, including investigations in which I have obtained and executed Federal search warrants that have led to felony arrests for violations of Title 18 of the United States Code and the seizure of evidence related to those violations. In addition, I have received extensive training in human-trafficking investigations. I make this affidavit based on my own personal observations concerning this investigation and the observations of other agents and sworn law enforcement officers.

2. On June 21, 2016, an investigation involving the FBI and other federal, state, and local law enforcement agencies commenced involving alleged prostitution and human-trafficking activities within Baton Rouge, Louisiana. As part of the investigation, Corporal David Philpot, East Baton Rouge Sheriff's Office, accessed advertisements posted on the internet using the Baton Rouge adult escorts section of www.backpage.com, a website that includes advertisements for the sale of goods and services. Corporal Philpot identified several ads that, based on the included wording and photographs, indicated that commercial sex acts were being offered. In

particular, Corporal Philpot identified an ad indicating that it was posted by a female with a listed name of "Brittany." The ad included photos of a female in various provocative poses wearing only a thong.

3. At approximately 2:06 p.m. that same day, Corporal Philpot, acting in an undercover capacity, contacted the phone number listed in "Brittany's" ad and spoke with a female who indicated that she was available. The female asked how long a visit Philpot desired, and he indicated 1 hour. The female then stated that she was staying on Airline Highway near Celebration Station (a local business) and advised the agent to call her on her phone when he got close to said location. Philpot then departed his location and drove in an unmarked vehicle toward the location provided by "Brittany." Upon arrival, Philpot called "Brittany" and she stated that she was located at the Magnuson Hotel on Gwenadale Avenue. "Brittany" directed Philpot to park his vehicle in the parking lot at the rear of the hotel and that she would walk to and meet him at his vehicle.

4. Corporal Philpot drove to the designated parking lot and called "Brittany" who indicated that she was walking toward his vehicle. Philpot exited his vehicle and approached "Brittany" where they exchanged greetings and she then led him to Room 154 in the hotel.

5. After entering the room, "Brittany" provided the cost for a 1-hour visit and went on to ask if Philpot would be interested in a "two-girl deal" with her friend. Philpot said yes and observed "Brittany" make a call on her cellphone and heard a male voice pickup and begin speaking. "Brittany" asked the male for permission for Philpot to pay for a second girl and explained to the male that Philpot also wanted the second girl for a 1-hour visit. Shortly after "Brittany" ended the phone call, a different female entered the room. She was later identified as Jennifer Anselmo.

6. Upon Anselmo's arrival, Philpot discussed the nature of his visit with them and agreed to pay both females $400 in cash in order to have conventional and anal sex with "Brittany" and conventional sex with Anselmo. Philpot then gave a predetermined signal to other law enforcement officials involved in the investigation, one of whom knocked on the door. Anselmo then opened the hotel door at which time law enforcement officials placed both "Brittany" and Anselmo in custody. "Brittany" and Anselmo were advised of their Miranda rights and both replied that they understood these rights. A male identified as Udraka Roberts-Bey was located in the hotel and both "Brittany" and Anselmo identified him as their pimp. He was also placed in custody.

7. During a search of Room 154, agents located and seized approximately .4 grams of a substance believed to be methamphetamine along with a syringe.

8. "Brittany" and Anselmo were transported to the Louisiana State Police (LSP) Headquarters on Independence Boulevard in Baton Rouge in order to be interviewed and to be positively identified. At said location, "Brittany" advised that she met Roberts-Bey in Baton Rouge approximately 1 week earlier, after he observed a www.backpage.com ad that she had posted. Roberts-Bey learned that she was alone and promised her that if she worked for him that he would take care of her. She agreed and was subsequently introduced to Anselmo by Roberts-Bey. She stated that the three of them then traveled to New Orleans where they posted www.backpage.com escort advertisements and that she and Anselmo engaged in sexual intercourse with individuals. She indicated that she engaged in sexual intercourse with Roberts-Bey on several occasions while they were in New Orleans waiting for dates; and, since they were unsuccessful in arranging many dates in New Orleans, they returned to Baton Rouge. She further stated that her first date arranged after their return to Baton Rouge was the one with Philpot on

June 21, 2016, that resulted in her arrest. Finally, she stated that Roberts-Bey posted the www.backpage.com escort ad that was accessed by Philpot earlier that day. Said ad contained the telephone number for the cellular phone that she used when communicating with Philpot when arranging their date, and that Roberts-Bey had given her the phone after she began working for him. During the course of the investigation, law enforcement officials confirmed via the AFIS fingerprint system that "Brittany" was, in fact, a 15-year-old with a date of birth in January 2001. Additionally, a search of NCIC on the juvenile's identifiers revealed that the juvenile female has been on runaway status since May 5, 2016, and since May 23, 2016, she has been the subject of a pending arrest warrant, issued by Pulanski County Sixth Judicial District – 8th Juvenile Division.

9. Anselmo was also interviewed at the aforementioned LSP Headquarters location. She advised that the substance that had been seized by law enforcement officials at the hotel room where she was arrested was methamphetamine and that it belonged to her. Prior to the arrest, and after Anselmo had earlier entered Room 154 of the hotel, Philpot observed her use some of the substance that was later seized. She further advised that she had previously worked as the "head female/boss" for another pimp prior to working for Roberts-Bey. She further indicated that she assisted Roberts-Bey in transporting "Brittany" from Baton Rouge to New Orleans and assisted her in setting up "dates for money."

10. Upon his arrest at the Magnuson Hotel, Roberts-Bey was searched and two tramadol pills along with $501 in cash were located in, and seized from, his pocket. Law enforcement officials also obtained the receipt for Room 154 of the Magnuson Hotel for June 21, 2016, that was in the name of Roberts-Bey.

11. Based on the facts and circumstances outlined above, I believe probable cause exists to believe that Udraka Roberts-Bey knowingly recruited, enticed, harbored, transported, provided a minor female to cause her to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

*Taneka H. Blacknell*
Taneka H. Blacknell, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this 24th day of June, 2016, and I find probable cause.

HONORABLE RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA