U.S. DISTRICT COUR
MIDDLE DISTRICT OF LOUISIAN
JUL 0 7 2016
CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**INDICTMENT FOR CONSPIRACY TO ENGAGE IN**
**SEX TRAFFICKING OF A MINOR AND FORFEITURE ALLEGATION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-72-SDD-EWD |
| | : | |
| *versus* | : | 18 U.S.C. § 1591(a)(1) |
| | : | 18 U.S.C. § 1591(a)(2) |
| UDRAKA ROBERTS-BEY | : | 18 U.S.C. § 1594(c) |
| and JENNIFER GABRIELLE ANSELMO | : | 18 U.S.C. § 1594(d) |

**THE GRAND JURY CHARGES:**

**At All Times Herein:**

1. **UDRAKA ROBERTS-BEY** (hereinafter referred to as "**ROBERTS-BEY**"), a defendant herein, was a resident of New Orleans, Louisiana, who operated a commercial sex ring involving minor and adult prostitutes.

2. **JENNIFER GABRIELLE ANSELMO** (hereinafter referred to as "**ANSELMO**"), a defendant herein, was a resident of Slaughter, Louisiana, who participated in **ROBERTS-BEY's** commercial sex ring as an adult prostitute and coordinator of commercial sex acts.

3. The minor victim was a 15-year-old runaway from outside of Louisiana whose participation in **ROBERTS-BEY's** commercial sex ring as a prostitute was encouraged and facilitated by **ROBERTS-BEY** and **ANSELMO**.

4. In or about June 2016, within the Middle District of Louisiana and elsewhere, **ROBERTS-BEY** and **ANSELMO**, defendants herein, did conspire and agree with each other and others, both known and unknown to the Grand Jury, to knowingly:

USM

a. recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means the minor victim, in and affecting interstate commerce, knowing and in reckless disregard of the fact that the minor victim had not attained the age of 18 years, and that the minor victim would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1); and

b. benefit, financially or by receiving anything of value, from participation in a venture described in the previous paragraph, in violation of Title 18, United States Code, Section 1591(a)(2).

5. During and in furtherance of the conspiracy, **ROBERTS-BEY** and **ANSELMO** committed, and caused others to commit, numerous overt acts, in the Middle District of Louisiana and elsewhere, including but not limited to transporting the minor victim to various locations in Louisiana and using the internet to advertise meetings for commercial sex acts with the minor victim.

The above is a violation of Title 18, United States Code, Section 1594(c).

## FORFEITURE ALLEGATION

6. Upon conviction of the offense charged in this Indictment, **UDRAKA ROBERTS-BEY** and **JENNIFER GABRIELLE ANSELMO**, defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d)(1) and (2), defendants' interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violations, and any property traceable

to such property; and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such offense, or any property traceable to such property.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

PAUL L. PUGLIESE
ASSISTANT U.S. ATTORNEY

**A TRUE BILL**

**REDACTED**
**PER PRIVACY ACT**

GRAND JURY FOREPERSON

DATE July 7, 2016

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge, Louisiana

County/Parish: East Baton Rouge Parish

**Matter to be sealed:** ☒ No ☐ Yes

**Related Case Information:**

Superseding Indictment ____ Docket Number ____
Same Defendant ____ New Defendant X
Magistrate Case Number 15-mj-55; 15-mj-56
Search Warrant Case No. ____
R 20/ R 40 from District of ____
**Any Other Related Cases:** ____

**Defendant Information:**

Defendant Name: Jennifer Gabrielle Anselmo
Alias
Address:
Birthdate: SS #: Sex: Race: Nationality:

**U.S. Attorney Information:**

AUSA: Paul L. Pugliese Bar #: FLBN 717370

**Interpreter:** ☒ No ☐ Yes **List language and/or dialect:** ____

**Location Status:**

Arrest Date 06/21/2016
____ Already in Federal Custody as of
☒ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:1594(c) | Conspiracy to engage in sex trafficking of a minor | 1 | Felony |

**Date:** 7/7/16 **Signature of AUSA:** Paul Pugliese

**District Court Case Number (To be filled in by deputy clerk):** ____

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City Baton Rouge, Louisiana

County/Parish East Baton Rouge Parish

**Matter to be sealed:** ☒No ☐ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _________
Same Defendant ____ New Defendant X
Magistrate Case Number 15-mj-55; 15-mj-56
Search Warrant Case No. ____________________
R 20/ R 40 from District of ____________________
**Any Other Related Cases:** ____________________

**Defendant Information:**

Defendant Name: Udraka Moab Roberts-Bey
Alias
Address:
Birthdate: SS #: Sex: Race: Nationality:

**U.S. Attorney Information:**

AUSA: Paul L. Pugliese Bar #: FLBN 717370

**Interpreter:** ☒ No ☐Yes **List language and/or dialect:** ____________________

**Location Status:**

Arrest Date 06/21/2016
_______ Already in Federal Custody as of
☒ Already in State Custody
_______ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:1594(c) | Conspiracy to engage in sex trafficking of a minor | 1 | Felony |

**Date:** 7/7/16 **Signature of AUSA:** Paul L Pugliese

**District Court Case Number (To be filled in by deputy clerk):** ____________________