U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED JUL 0 7 2016
CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT

***GRAND JURY RETURN***

Date: 7/7/16

UNITED STATES OF AMERICA

VERSUS

UDRAKA ROBERTS-BEY
and JENNIFER GABRIELLE ANSELMO

CRIMINAL

NO. 16-72-SDD-EWD

PRESENT: Paul L. Pugliese, Assistant United States Attorney

INDICTMENT FILED.
ARREST WARRANT ISSUE.

* * * * *